IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL SOBAYO,

    Plaintiff,

v.

PUBLIC STORAGE,

    Defendant.

No. C 13-01804 SI

**ORDER DENYING PLAINTIFF'S APPLICATION FOR *IN FORMA PAUPERIS* STATUS**

On May 1, 2013, the Court ordered plaintiff to show cause why his application for *in forma pauperis* status should not be denied. Plaintiff's response was due June 8, 2013. Plaintiff has not filed a response, requested an extension of time, or otherwise contacted the Court. Accordingly, plaintiff's application to proceed *in forma pauperis* is DENIED and **the filing of $350.00 shall be paid no later than July 1, 2013**. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his current address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 14 , 2013

                        SUSAN ILLSTON
                        United States District Judge