**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
   E-Mail: NEVIS@lbbslaw.com
KENDALL A. LAYNE  SB# 99859
   E-Mail: LAYNE@lbbslaw.com
333 Bush St., Suite 1100
San Francisco, California 94104-2872
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882
Attorneys for Defendant
PUBLIC STORAGE

NATHANIEL BASOLA SOBAYO
E-mail: nathaniel.sobayo@gmail.com
2148 University Ave.
East Palo Alto, CA 94303
Telephone:    (650) 323-1849
Facsimile:    (650) 228-2492
Plaintiff in Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL SOBAYO,<br><br>            Plaintiff,<br><br>      vs.<br><br>PUBLIC STORAGE, a Maryland REIT, incorrectly named as PUBLIC STORAGE, @ 20565 Valley Green Drive, Cupertino, California 95014 and PUBLIC STORAGE, @1916 East Bayshore Road, East Palo Alto, California 94303<br><br>            Defendant. | CASE NO. CV 13 01804 SI<br><br>*Hon. Susan Ilston, Courtroom 10*<br>*San Francisco Courthouse, 18th Floor*<br><br>**STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES** |

Having met and conferred regarding the appropriateness of various available ADR processes and a discovery plan, plaintiff NATHANIEL BASOLA SOBAYO, in propria persona, and defendant PUBLIC STORAGE, by and through its counsel of record, hereby stipulate that the time for exchanging their initial disclosures pursuant to Federal Rules of Civil Procedure Rule 26 be extended from July 12, 2013 until 30 days after the court enters an order determining defendant's pending Motion to Dismiss, Strike or for a More Definite Statement.

1  SO STIPULATED.

2  Dated: June 28, 2013				LEWIS BRISBOIS BISGAARD & SMITH LLP

3						By     /s/ Kendall A. Layne

4						Kendall A. Layne
						Attorneys for Defendant PUBLIC STORAGE

5

6  Dated: June 28, 2013				_____

7						NATHANIEL BASOLA SOBAYO
						 Plaintiff n Propria Persona

8

9

10  4817-1087-7972, v. 1

SO STIPULATED.

Dated: June 28, 2013              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By   /s/ Kendall A. Layne

                                  Kendall A. Layne
                                  Attorneys for Defendant PUBLIC STORAGE

Dated: June 28, 2013

                                  NATHANIEL BASOLA SOBAYO
                                  Plaintiff in Propria Persona

4817-1087-7972, v. 1



GRANTED
Judge Susan Illston

---

JOINT CMC STATEMENT AND (PROPOSED) ORDER        CV 13 01804 SI

2

**FEDERAL COURT PROOF OF SERVICE**

Sobayo v. Public Storage - File No. 28574-401

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    On June 28, 2013, I served the following document(s): STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES

    I served the documents on the following persons at the following email address:

NATHANIEL BASOLA SOBAYO at Nathaniel.sobayo@gmail.com

    The documents were served by the following means:

☒    (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on an agreement of the parties to accept service by e-mail or electronic transmission on this particular occasion, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on June 28, 2013, at San Francisco, California.

                                       /s/ Kendall A. Layne
                                       Kendall A. Layne

4838-6884-7380, v. 1