IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL SOBAYO,   No. C 13-01804 SI

    Plaintiff,   **JUDGMENT**

v.

PUBLIC STORAGE,

    Defendant.

    Plaintiff's complaint has been dismissed without leave to amend for failure to state a claim. Judgment is accordingly entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 26, 2013

SUSAN ILLSTON
United States District Judge