IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL SOBAYO,

    Plaintiff,

  v.

PUBLIC STORAGE,

    Defendant.

            /

No. C 13-01804 SI

**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Plaintiff's complaint was dismissed without leave to amend and judgment entered in favor of defendant on July 26, 2013. Plaintiff has filed a motion for leave to proceed *in forma pauperis* ("IFP") on appeal (Docket No. 28). That motion is DENIED.

The record shows no valid grounds on which an appeal can be based. Consequently, the Court certifies that any appeal taken from the order of dismissal and judgment of this action will not be taken in good faith and is therefore frivolous. Fed. R. App. P. ("FRAP") 24(a)(3)(A); *Ellis v. United States*, 356 U.S. 674, 674–75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Clerk shall forthwith notify plaintiff and the Court of Appeals of this order. *See* FRAP 24(a)(4). Plaintiff may file a motion for leave to proceed IFP on appeal in the Court of Appeals within thirty days after service of notice of this order. *See* FRAP 24(a)(5). Any such motion "must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action." *Id.*

The Clerk shall terminate Docket No.28.

**IT IS SO ORDERED**.

Dated: August 15, 2013

                                                   SUSAN ILLSTON
                                                   United States District Judge